IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**KIMBERLY ROBINSON-HERRIOTT,**

        Plaintiff,

  vs.                                  **Civil Action 2:08-CV-67**
                                        **Judge Marbley**
                                        **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

## ORDER

      This case was filed on January 22, 2008. Doc. No. 1. Plaintiff was advised that she had until May 24, 2008, to arrange for service of process. *Order,* Doc. No. 6. *See also* F.R. Civ. P. 4(m). The record does not reflect any effort on plaintiff's part to arrange for service of process.

      This action is hereby **DISMISSED** for failure to effect service of process.

                                                    <u>  s/Algenon L. Marbley  </u>
                                                           Algenon L. Marbley
                                                  United States District Judge